775 A.2d 1261

BRET SCHUNDLER, PLAINTIFF–APPELLANT, v. GLENN R. PAULSEN, GEORGE R. GILMORE, RICHARD H. BAGGER, DEFOREST B. SOARIES, NEW JERSEY SECRETARY OF STATE, SHARON YOUNG, DIRECTOR OF ELECTION LAW ENFORCEMENT COMMISSION, DEFENDANTS–RESPONDENTS, AND MICHAEL J. GARVIN, ATLANTIC COUNTY CLERK, KATHLEEN A. DONOVAN, BERGEN COUNTY CLERK, PHILIP E. HAINES, BURLINGTON COUNTY CLERK, JAMES BEACH, CAMDEN COUNTY CLERK, ANGELA F. PULVINO, CAPE MAY COUNTY CLERK, GLORIA NUTO, CUMBERLAND COUNTY CLERK, PATRICK MCNALLY, ESSEX COUNTY CLERK, JAMES HOGAN, GLOUCESTER COUNTY CLERK, JANET E. HAYNES, HUDSON COUNTY CLERK, DOROTHY K. TIRPOK, HUNTERDON COUNTY CLERK, CATHERINE DICOSTANZO, MERCER COUNTY CLERK, ELAINE FLYNN, MIDDLESEX COUNTY CLERK, M. CLAIRE FRENCH, MONMOUTH COUNTY CLERK, JOAN BRAMHALL, MORRIS COUNTY CLERK, M. DEAN HAINES, OCEAN COUNTY CLERK, RONNI NOCHIMSON, PASSAIC COUNTY CLERK, GILDA T. GILL, SALEM COUNTY CLERK, R. PETER WIDIN, SOMERSET COUNTY CLERK, ERMA GORMLEY, SUSSEX COUNTY CLERK, JOANNE RAJOPPI, UNION COUNTY CLERK, TERRANCE D. LEE, WARREN COUNTY CLERK; DEFENDANTS, AND ROBERT D. FRANKS, INTERVENOR–RESPONDENT.

Submitted May 10, 2001—Decided May 10, 2001.

*Wilson, Elser, Moskowitz, Edelman & Dicker, LLP*, for appellant (*Brian W. McAlindin* and *Jennifer A. Keller*, on the brief).

*John J. Farmer, Jr.*, Attorney General of New Jersey, for respondents, DeForest B. Soaries and Sharon Young (*Mark J. Fleming*, Assistant Attorney General, on the brief, *Michael J. Haas*, Assistant Attorney General, of counsel).

*Riker, Danzig, Scherer, Hyland & Peretti, LLP*, for respondents, Glenn R. Paulsen, George R. Gilmore, and Richard H. Bagger (*Anne M. Patterson*, on the brief).

*Blank, Rome, Comisky & McCauley, LLP,* for intervenor-respondent, Robert D. Franks (*William E. Baroni, Jr.,* on the brief).

PER CURIAM.

This matter has come before the Court on an appeal as of right that alleges several constitutional violations. *R.* 2:2–1(a)(1). In light of the need for a prompt disposition of the matter, the parties have submitted briefs on an accelerated schedule pursuant to our Order of May 9, 2001, and the Court has elected, pursuant to *Rule* 2:11–1(b), to dispose of the appeal without oral argument. In addition, the Court has carefully reviewed the record below, including the briefs of the parties filed with the trial court and the Appellate Division.

The Court is satisfied that the opinions of Judge Feinberg in the Law Division and Judge Baime in the Appellate Division have resolved appropriately the issues raised. Therefore, the judgment of the Appellate Division is affirmed, substantially for the reasons expressed in that court's opinion.

The Court's Order of May 9, 2001, staying all actions in respect of the Republican primary for Governor, is vacated, effective immediately.

*For affirmance*—Chief Justice PORITZ and Associate Justices STEIN, COLEMAN, LONG, VERNIERO, LaVECCHIA, and ZAZZALI—7.

*Opposed*—None.